In Re: **VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation; Volkswagen AG, a foreign corporation organized under the laws of Germany, Petitioners.**

No. 07–40058.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2008.

Danny S. Ashby (argued), Robert H. Mow, Jr., Christopher Donald Kratovil, Kirkpatrick & Lockhart, Preston Gates Ellis, LLP, Dallas, TX, Burgain G. Hayes, Austin, TX, Ningur Akoglu, Ian Ceresney, Herzfeld & Rubin, New York City, for Petitoners.

Martin Jonathan Siegel, Law Offices of Martin J. Siegel, Houston, TX, Michael Charles Smith (argued), Siebman, Reynolds, Burg & Phillips, LLP, Marshall, TX, Jeffrey T. Embry, Hossley & Embry, Tyler, TX, Thomas Andrew Crosley, San Antonio, TX, for Plaintiffs–Respondents.

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, WIENER, BARKSDALE, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD and SOUTHWICK, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs.